IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    Case No. 4:21-CR-00267-01-LPR

TASHA WADE                                                                                          DEFENDANT

**ORDER**

Defendant's Motion to Reduce Sentence (Doc. 44) is DENIED.

First, Defendant is disqualified from benefiting from the zero-point reduction because she stole over $475,000 from her employer, "personally caus[ing] substantial financial hardship."[1]

Second, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[2]  Because Defendant knowingly and voluntarily entered into her plea agreement, including this waiver, she is not entitled to relief.[3]

IT IS SO ORDERED this 5th day of February, 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G. § 4C1.1(a)(6) (excluding defendants who "personally cause substantial financial hardship" from receiving a sentence reduction).

[2] Doc. No. 15.

[3] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).